## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of | **08CV3021** |
| International Golden Foods, Inc., | **JUDGE DER-YEGHIAYAN** |
| vs. | **MAGISTRATE JUDGE** ASHMAN |
| Syngenta Crop Production, Inc. | |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Intenrational Golden Foods, Inc.

**FILED**
MAY 2 3 2008

MAY 2 3 2008 T C

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| NAME (Type or print) |
|---|
| Elizabeth H. Schoettly |

| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
|---|
| s/ *Elizabeth Hart Schoettly* |

| FIRM |
|---|
| Elizabeth H. Schoettly, Esq. |

| STREET ADDRESS |
|---|
| 1355 West Estes Avenue, L3 |

| CITY/STATE/ZIP |
|---|
| Chicago, Illinois 60626 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 3126573 | 773-761-4590 |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
|---|---|---|
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
|---|
| RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ |