# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Samuel Der-Yeghiayan | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3021 | **DATE** | 8/6/2008 |
| **CASE TITLE** | International Golden Foods, Inc. Vs. Syngenta Crop Production, Inc. | | |

**DOCKET ENTRY TEXT**

Status hearing called. For the second time, no one appeared on behalf of any party on the Court's noticed status hearing. Counsel for the Plaintiff having been previously warned, the instant action is hereby dismissed without prejudice for want of prosecution pursuant to Local Rule 41.1. All pending dates and motions are hereby stricken as moot. Civil case terminated.

Docketing to mail notices.

| | Courtroom Deputy Initials: | maw |
|---|---|---|